J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MATTHEW SIMS, | Case No. 2:21-cv-5168-JWH (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| W.L. MONTGOMERY, Warden | |
| Respondent. | |

Pursuant to the Order Denying Motion for Extension of Time, Dismissing Matter Without Prejudice, and Denying Certificate of Appealability, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this action is **DISMISSED** without prejudice.

Dated: July 6, 2021

_____
HONORABLE JOHN W. HOLCOMB
United States District Judge